COREY LAKIN *v.* DAVID LAKIN
(AC 21168)

Foti, Mihalakos and Daly, Js.

Argued May 30—officially released June 18, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* ALEISTER SIBILIA
(AC 21970)

Foti, Dranginis and West, Js.

Argued June 3—officially released June 18, 2002

Per Curiam. The judgment is affirmed.

BENITA BRYAN ET AL. *v.* COMMISSIONER OF
PUBLIC HEALTH ET AL.
(AC 21646)

Lavery, C. J., and Foti and Dupont, Js.

Argued May 31—officially released June 18, 2002

Per Curiam. The judgment is affirmed.